# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
Plaintiffs Graphic Communications Conference of the International Brotherhood of Teamsters Union Supplemental Retirement and Disability Fund; George Tedeschi, Trustee, and Paul Rosenberg, Trustee

**DEFENDANTS**
Joliet Litho-Print Co., Inc.

PH

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Allison, Slutsky & Kennedy, P.C.
230 W. Monroe Street, Suite 2600
Chicago, Illinois 60606 (312) 364-9400

Attorneys (If Known)

## II. BASIS OF JURISDICTION
[■] 3 Federal Question (U.S. Government Not a Party)

## IV. NATURE OF SUIT
[■] 720 Labor/Mgmt. Relations

## V. ORIGIN
[■] 1 Original Proceeding

## VI. CAUSE OF ACTION
Laborer Management Relations Act, 29 U.S.C. 185(a), and ERISA, 29 U.S.C. 1132(e)(2)

## VIII. REQUESTED IN COMPLAINT:
JURY DEMAND: [■] No

## IX. This case
[■] is not a refiling of a previously dismissed action.

DATE: 1-16-08

SIGNATURE OF ATTORNEY OF RECORD

FILED
JANUARY 16, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT