**FILED**
**JANUARY 16, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08 C 354**

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                         Case Number:

GCC/IBT SRDF et al.,
                  Plaintiffs,
  v.
Joliet Litho-Print Co., Inc.                             **JUDGE BUCKLO**
                  Defendant.                    **MAGISTRATE JUDGE MASON**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs Graphic Communications Conference of the International Brotherhood of Teamsters Union Supplemental Retirement and Disability Fund; George Tedeschi, Trustee, and Paul Rosenberg, Trustee

| NAME (Type or print) |
| --- |
| Angie M. Cowan |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ /s/ Angie M. Cowan |
| FIRM |
| Allison, Slutsky & Kennedy, P.C. |
| STREET ADDRESS |
| 230 W. Monroe Street, Suite 2600 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6285970 | (312) 364-9400 |

| | YES | NO |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐