**FILED**

**JANUARY 16, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 354**

| In the Matter of | Case Number: |
|---|---|

GCC/IBT SRDF et al.,

Plaintiffs,

v.

Joliet Litho-Print Co., Inc.

Defendant.

**JUDGE BUCKLO**
**MAGISTRATE JUDGE MASON**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs Graphic Communications Conference of the International Brotherhood of Teamsters Union Supplemental Retirement and Disability Fund; George Tedeschi,Trustee,and Paul Rosenberg,Trustee

---

NAME (Type or print)
Wesley Kennedy

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
s/   /s/ Wesley Kennedy

FIRM
Allison, Slutsky & Kennedy, P.C.

STREET ADDRESS
230 W. Monroe Street, Suite 2600

CITY/STATE/ZIP
Chicago, Illinois 60606

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6188089 | TELEPHONE NUMBER<br>(312) 364-9400 |
|---|---|

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?       YES ☐   NO ☑

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?       YES ☐   NO ☑

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?       YES ☐   NO ☑

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☑   NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐