## United States District Court for the Northern District of Illinois

Case Number: 08cv354                    Assigned/Issued By: j. n.

Judge Name: bucklo                      Designated Magistrate Judge: mason

---

### FEE INFORMATION

*Amount Due:*   [✓] $350.00    [ ] $39.00     [ ] $5.00
                [ ] IFP        [ ] No Fee     [ ] Other _____
                [ ] $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350                             Receipt #: 2468609

Date Payment Rec'd: 1-16-08                  Fiscal Clerk: j. n.

---

### ISSUANCES

[✓] Summons                                  [ ] Alias Summons

[ ] Third Party Summons                      [ ] Lis Pendens

[ ] Non Wage Garnishment Summons             [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons       _____
                                             _____
[ ] Citation to Discover Assets              (Victim, Against and $ Amount)

[ ] Writ _____
         (Type of Writ)

__1__ Original and __0__ copies on _1-16-08_ as to _defendant_
                                    (Date)

---

C:\wpwin80\docket\feeinfo.frm     03/14/05