UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Graphic Communications Conference of the International
Brotherhood of Teamsters Union Supplemental
Retirement and Disability Fund, et al.

                                    Plaintiff,

v.                                  Case No.:
                                    1:08−cv−00354
                                    Honorable Elaine E.
                                    Bucklo

Joliet Litho−Print Co., Inc.
                                    Defendant.


NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, March 27, 2008:

    MINUTE entry before Judge Honorable Elaine E. Bucklo: Agreed judgment is entered in favor of plaintiffs and against defendant, Joliet Litho−Print Co., Inc., in the total amount of $7,050.76, which consists of the following:A) The amount of $;3,449.67, in principal contributions through December 2007;B) Liquidated damages in the amount of $689.93, C) Interest in the amount of $319.16, andD) Attorneys fees and costs of $2,592.00. 2. Execution of judgment is stayed pending the Company's agreement to pay the total amount of $7,050.76 in six months, by making two payments in the amount of $587.56 after the second and fourth week of every month. See Judgment Order for details. Status hearing set for 3/28/08 is now vacated.Civil case terminated. Mailed notice(mpj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.