IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GRAPHIC COMMUNICATIONS CONFERENCE OF THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS UNION SUPPLEMENTAL RETIREMENT AND DISABILITY FUND; GEORGE TEDESCHI, Trustee, and PAUL ROSENBERG, Trustee, | ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 08 C 354 ) |
| JOLIET LITHO-PRINT CO., INC., | ) Judge Bucklo ) ) |
| Defendant. | ) |

## AGREED JUDGMENT ORDER

The parties, the Graphic Communication Conference of the International Brotherhood of Teamsters Union Supplemental Retirement and Disability Fund ("SRDF"), by and through their attorneys as shown by signatures below, have agreed to the following, and the Court being advised:

**IT IS HEREBY ORDERED:**

1. The Clerk of the Court shall enter judgment against defendant, Joliet Litho-Print Co., Inc., in the total amount of $7,050.76, which consists of the following:

    A) The amount of $3,449.67, in principal contributions through December 2007;
    B) Liquidated damages in the amount of $689.93,
    C) Interest in the amount of $319.16, and
    D) Attorneys' fees and costs of $2,592.00.

2. Execution of judgment is stayed pending the Company's agreement to pay the total amount of $7,050.76 in six months, by making two payments in the amount of $587.56 after the second and fourth week of every month. Payments shall be sent to plaintiffs' counsel, Karen I.

Engelhardt at Allison, Slutsky & Kennedy, P.C., 230 W. Monroe Street, Suite 2600, Chicago, IL 60606. The parties agree in the event that one payment is not made on a timely basis, the plaintiffs, at their discretion may continue a stay of enforcement of the Judgment Order. Plaintiffs agree to attempt contact of defendant by telephone with respect to payment. Staying execution will not be considered a waiver of amounts due the Fund as shown by this Agreed Judgment Order.

3. The defendant is directed and agrees to comply with their obligations to the plaintiffs under ERISA and under the applicable collective bargaining agreement and Trust Agreement. Obligations include filing monthly reports accurately reflecting the work performed within the jurisdiction of the labor agreement and timely remitting contributions to the plaintiffs' Fund. All current contributions are due the 10th day of the month following the month in which the work is performed. At all material times, the Fund has discretion to credit any payment received from defendant to either the amounts owed as described in paragraph one or to any future unpaid contribution.

4. This Court retains jurisdiction to enforce the terms of this Agreed Judgment Order.

5. As shown by President Stephen Larranaga's signature on behalf of Joliet Litho-Print, receipt of a copy of this Agreed Judgment Order is acknowledged and further service of such order is waived.

BY:

_____　　　_____
On behalf of the Graphic Communication　　On behalf of Joliet Litho-Print, Inc.
Conference of the International
Brotherhood of Teamsters Union
Supplemental Retirement and Disability Fund

Page 3 of Agreed Judgment Order
Graphic Communications Conf.
Of the <u>Graphic Communications</u> *et al.*, v.
<u>Joliet Litho-Print, Inc.</u>, 08 C 354 (N.D. IL)

**ENTERED**

*/s/ Elaine E. Bucklo*

_____
**UNITED STATES DISTRICT COURT**

DATE:   3/27/08